UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Patrick J. Seidling,                      Court File No.: 10-CV-675 SRN/JJG

            Plaintiff,

vs.

                                       **SPECIAL VERDICT FORM**

Michael Hummel, M.D. and
St. Paul Radiology, P.A.,

            Defendants.

We, the jury in the above-entitled action, find as answers to the special interrogatories submitted to us as follows:

**QUESTION NO. 1:**

Was Michael Hummel, M.D., negligent in his care and treatment of Patrick J. Seidling?

        Yes _____                     No ✓

*[If you answered "yes" to question 1, answer question 2.
If you answered "no" to question 1, do not answer question 2.]*

**QUESTION NO. 2:**

*If your answer to question 1 was "yes," then answer this question:* Was the negligence of Michael Hummel, M.D., a direct cause of harm or injury to Patrick J. Seidling?

        Yes _____                     No _____

*[If you answered "yes" to question 2, then answer questions 3 and 4.]*

**QUESTION NO. 3:** What amount of money will fairly and adequately compensate Patrick J. Seidling for damages he experienced as a result of defendant's negligence up to the time of this verdict, in the following categories:

    A.    Past pain, disability, disfigurement,
emotional distress and loss of enjoyment of life    $_____

    B.    Past health care expenses    $_____

**QUESTION NO. 4:** What amount of money will fairly and adequately compensate Patrick J. Seidling for damages reasonably certain to occur in the future as a result of defendant's negligence in the following categories:

    A.    Future pain, disability, disfigurement
emotional distress    $_____

    B.    Future health care expenses    $_____

Dated this _7_ day of _MAY_, 2012 at _9_ o'clock _A_.M.

**SIGNATURE REDACTED**

Foreperson